AO245D (Rev. 01/07) Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
| | (For **Revocation** of Probation or Supervised Release) |
| v. | Case Number: 8:08-cr-113-T-26MAP |
| | 8:08-cr-120-T-26MAP |
| ANTONIO L. WESLEY | USM Number: EAJ |
| | Howard Anderson |
| | Defendant's Attorney |

**THE DEFENDANT:**

__X__ admitted guilt to violation of charge numbers _1, 2 and 3_ of the term of supervision.

_____ was found in violation of charge number(s)_____ after denial of guilt.

| Violation Charge Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Alleged new criminal conduct occurring while on supervision | April 18, 2008 |
| 2 | Failure to submit written monthly reports in violation of condition number two of the standard conditions of supervision | April 18, 2008 |
| 3 | Positive urinalysis for Marijuana on March 5, 2008, in violation of condition number seven of the standard conditions of supervision | April 18, 2008 |

The defendant is sentenced as provided in pages 2 through __2__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

_____ The defendant has not violated charge number(s)_____ and is discharged as to such violation charge(s).

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

April 18, 2008
Date of Imposition of Judgment

RICHARD A. LAZZARA
UNITED STATES DISTRICT JUDGE

4/18/08
Date

| | |
|---|---|
| Defendant: Antonio L. Wesley | Judgment - Page 2 of 2 |
| Case No.: 8:08-cr-113-T-26MAP | |
| 8:08-cr-120-T-26EAJ | |

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: **EIGHT (8) MONTHS to run concurrently in Case Nos. 8:08-cr-113-T-26MAP and 8:08-cr-120-T-26EAJ**

\_\_\_\_\_ The Court makes the following recommendations to the Bureau of Prisons:

__X__ The defendant is remanded to the custody of the United States Marshal.

\_\_\_\_\_ The defendant shall surrender to the United States Marshal for this district:

\_\_\_ at _____ a.m.   p.m.   on _____.

\_\_\_\_\_ as notified by the United States Marshal.

\_\_\_\_ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

\_\_\_ before 2 p.m. on _____.

\_\_\_ as notified by the United States Marshal.

\_\_\_ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____ at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By_____
DEPUTY UNITED STATES MARSHAL